1

2

3

4                              **UNITED STATES DISTRICT COURT**

5                                   **DISTRICT OF NEVADA**

6

7    HEATHER MEHUDAR,                         )
                                              )
8                      Plaintiff,             )        Case No.  2:16-cv-00304-RFB-CWH
                                              )
9    vs.                                      )        **ORDER**
                                              )
10   GENEVIE ACKLIN, et al.,                  )
                                              )
11                     Defendants.            )
     _____)

12

13         Presently before the court is pro se Plaintiff Heather Mehudar's Motion: Show Cause as to

14   Why Default Judgment Has Not Been Issued Notice: Right of Suffrage; Copyright: Jurat Affidavits

15   (ECF No. 67), filed on March 23, 2017.

16         Under Local Rule 7-2(a), all motions must be supported by a memorandum of points and

17   authorities.  "The failure of a moving party to file points and authorities in support of the motion

18   constitutes a consent to the denial of the motion."  LR 7-2(d).  Additionally, motions are limited to

19   24 pages, excluding exhibits, absent a showing of good cause for filing an oversized document and

20   court approval.  LR 7-3(b)-(c).  "The court may strike any document that does not conform to an

21   applicable provision of [the court's local rules] or any Federal Rule of Civil or Criminal

22   Procedure."  LR IA 10-1(d).

23         Here, Plaintiff's motion is 107 pages long and consists of an amalgam of copy-and-pasted

24   correspondence, legal authority, tax documents, and Plaintiff's affidavits, among other items.

25   There is no demarcation between these items that indicates what is intended to be points and

26   authorities and what is intended to be exhibits.  Nor is there any structure or organization that

27   enables the court to understand the relationship of these items to each other or to the other filings in

28   this case as a whole.

Plaintiff's failure to file a coherent memorandum of points and authorities in support of her motion constitutes a consent to the denial of the motion under Local Rule 7-2(d).  Additionally, Plaintiff did not request leave of court to file an oversized brief and has not shown good cause under Local Rule 7-3(c) to file a motion that is more than four times the page limit.  The court therefore will strike Plaintiff's motion for failure to comply with the court's local rules.

This is not the first occasion that Plaintiff has failed to follow the court's orders and local rules.  Plaintiff previously has been advised that "any additional failures to comply with the court's orders and local rules of practice may subject her to sanctions under Local Rule IA 11-8(c)-(d)." (Order (ECF No. 66) at 2.)  Given that the court is striking Plaintiff's motion, it will not impose additional sanctions for Plaintiff's failure to comply with the court's local rules at this time.  But Plaintiff is once again advised that any additional failures to comply with the court's orders and local rules may subject her to sanctions under Federal Rule of Civil Procedure 16(f) and/or Local Rule IA 11-8(c)-(d).

IT IS THEREFORE ORDERED that the Clerk of Court must STRIKE Plaintiff Heather Mehudar's Motion: Show Cause as to Why Default Judgment Has Not Been Issued Notice: Right of Suffrage; Copyright: Jurat Affidavits (ECF No. 67).

DATED: April 3, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**