# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HEATHER MEHUDAR,

    Plaintiff,

vs.

GENEVIE ACKLIN, et al.,

    Defendants.

Case No. 2:16-cv-00304-RFB-CWH

**ORDER**

Presently before the court is pro se Plaintiff Heather Mehudar's "KING's EDICT via UPU: VACATE VOID ORDER - Document 89; and STAY CASE until 12/01/2017" (ECF Nos. 91, 92), filed on September 13, 2017. This filing is an amalgam of demands and assertions by the Plaintiff and citations to various authorities. Plaintiff does not include points and authorities that enable the court to understand exactly what Plaintiff is requesting, the legal basis for her requests, or the relationship between her requests and the case as a whole. Thus, to the extent Plaintiff is making a motion, the motion is denied. *See* LR 7-2(a) (stating that all motions must be supported by a memorandum of points and authorities); LR 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion.")

IT IS SO ORDERED.

DATED: September 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**